**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JULIE MAGILL,

    Plaintiff,

v.                                       Case No: 8:16-cv-2013-T-35AAS

BRANCH BANKING AND TRUST
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 24) and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 5th day of January, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party